```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TONY JORDAN,

                        Petitioner,                        19-CV-03928 (GBD)(SN)

       -against-                                    **ORDER**

JAMES THOMPSON,

                        Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 18, 2020, the Court issued a Report and Recommendation regarding the petition for a writ of habeas corpus. ECF No. 23. It appears that the Report and Recommendation was not timely served on the Petitioner by the Court. As such, the Petitioner is granted an additional 14 days to file any objections to the Court's Report and Recommendation. Petitioner may file any such objections by October 15, 2021. The Clerk of Court is respectfully directed to mail this Order and a copy of the Court's Report and Recommendation (ECF No. 23) to the pro se petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 1, 2021
                New York, New York